IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES H. HENSON, JR. | § | |
| | § | No. 398, 2017 |
| Defendant Below-Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 89004837DI (N) |
| Plaintiff Below-Appellee. | § | |
| | § | |

Submitted: March 9, 2018
Decided: May 7, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# O R D E R

The Court has considered carefully the parties' briefs and the record on appeal. We conclude that the judgment below should be affirmed on the basis of the Superior Court's decision adopting the Commissioner's well-reasoned report dated August 7, 2017. The Superior Court did not err in concluding that Henson's motion for postconviction relief was untimely and otherwise procedurally barred and that he had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice